IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
ELBA DIVISION

| | |
|---|---|
| WILLIAM MEADOWS AND JEANIE MEADOWS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY, AND ITS AGENT, MICHAEL JOSHUA MILFORD, ET AL.,<br><br>Defendants. | CASE NO. CV-2005-102 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO: Mr. James M. "Mickey" Counts, Clerk
Circuit Court of Coffee County, Alabama
(Elba Division)
230-M Court Ave.
Elba, AL 36323-1728

Please take notice that defendant, The MEGA Life and Health Insurance Company, has this date served its Notice of Removal, a copy of which is attached hereto, the original of which will be filed on November 14, 2005, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division.

Dated: November 11, 2005.

_____
JAMES W. LAMPKIN II (LAM012)
PAMELA A. MOORE (MOO069)
Attorneys for Defendant
The MEGA Life and Health Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for Plaintiffs via Federal Express, properly addressed as follows:

Gary D. Bradshaw, Esq.
210 E. Grubbs Ave.
Enterprise, AL 36330

Done this 11th day of November, 2005.

_____
COUNSEL