AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

WILLIAM MEADOWS, AND HIS WIFE
JEANIE MEADOWS,

    Plaintiffs,

V.

**SUMMONS IN A CIVIL ACTION**

THE MEGA LIFE AND HEALTH
INSURANCE COMPANY, AND ITS
AGENT, MICHAEL JOSHUA MILFORD,
AND A,B,C, and X,Y,Z,

CASE NUMBER:  1:05 - CV 1091 - M

    Defendants.

TO: (Name and address of Defendant)

    MICHAEL JOSHUA MILFORD
    833 UNIVERSITY BLVD., SOUTH, APT. 119
    MOBILE, AL  36609

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    GARY D. BRADSHAW
    ATTORNEY FOR PLAINTIFFS
    P. O. BOX 311412
    ENTERPRISE, AL  36331-1412

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*       12/2/05

CLERK                           DATE

*[signature]*

(By) DEPUTY CLERK

➚AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                                        _____
                                                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.