**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                    TELEPHONE (334) 954-3600

December 9, 2005

## NOTICE OF REASSIGNMENT

Re:     William Meadows, et al v. The MEGA Life & Health Ins. Company et al
         Civil Action No.1:05cv1091-M

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 1:05cv1091-F.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk