EXHIBIT "A"

PLAINTIFF'S EXHIBIT IN SUPPORT OF MOTION TO REMAND



# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 863-323
  Legal Name:    The MEGA Life and Health Insurance Company

State Of Inc:    Oklahoma

Qualified...:    11-16-2001

Date Of Inc.:    11-05-1981

Reg Agent...:    THE CORPORATION COMPANY
                 2000 INTERSTATE PARK DR   STE 204
                 MONTGOMERY, AL   36109

Prin Address:    4001 MCEWEN DR   STE 200
                 DALLAS, TX   75244

Nat Of Bus..:    * Not On Data Base
```

**TRANSACTION LIST**          2004     **ANNUAL REPORTS**
                    ← **PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama



## ANNUAL REPORT DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

## 2004 Annual Report

```
Reporting
   Address...:    MEGA LIFE AND HEALTH INSURANCE COMPAN
                  9151 GRAPEVINE HWY
                  N RICHLND HLS, TX   76180-5605

Agent As
   Reported..:    CORPORATION COMPANY THE
                  60 COMMERCE ST
                  MONTGOMERY, AL   36104-3530

President
   Of Corp...:    MYHRA, PHILLIP J
                  9151 GRAPEVINE HWY
                  N RICHLND HLS, TX   76180-5605

Secretary
   Of Corp...:    SIMPSON, PEGGY G
                  STE 200
                  4001 MCEWEN RD
                  DALLAS, TX   75244-5020

Alabama
   Business..:    INSURANCE
                  60 COMMERCE ST
                  MONTGOMERY, AL   36104

General
   Business..:    INSURANCE
                  501 W I-44 SERVICE RD STE 400
                  OKLAHOMA CITY, OK   73118

Telephone
   Number....:    817-255-3100

Processed
   By Revenue:    06-02-2005
```

**← PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama



# TRANSACTIONS

Office of the Secretary of State
State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                              F/C 863-323
 Legal Name:    The MEGA Life and Health Insurance Company


                ---- Legal Name Changed From: ---------------------------------
07-24-1989..:   Orange State Life and Health Insurance Company

                ---- Miscellaneous Filing Entry: ------------------------------
11-09-1990..:   DOMICILE CHANGED FROM FLORIDA TO OKLAHOMA
```

**← PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama