**EXHIBIT "B"**

**PLAINTIFF'S EXHIBIT IN SUPPORT OF MOTION TO REMAND**

# Alabama Department of Insurance

aldoi.gov

The mission of the Alabama Department of Insurance is to serve the people of Alabama through fair regulation of industry, consumer protection and market stabilization.

| Consumers | Licensing | Companies | Online Services | Legal | Fire Marshal |

**QUICK LINKS**
- Home
- Previous Page
- Contact Us
- About ALDOI
- 2005 State Holidays
- Search Our Site
- Online Services
- Disaster Preparedness
- Change of Name and Address Policy
- Producer Exam Sites
- Receivership Notices and Proof of Claim Forms
- New Filing Procedures
- Holocaust Survivors Web Site
- National Association of Insurance Commissioners Web Site
- Alabama Life & Disability Insurance Guaranty Association

**SEARCH FOR...**
- Preneed Certificate Holders & Sales Agents
- Licensees
- Temporary Producers
- Continuing Education
- Companies
- Agent Service of Process
- Enforcement Actions

## MEGA LIFE AND HEALTH INSURANCE CO THE

**Click Here for Company Appointments**

| | |
|---|---|
| **Company Number:** | 97055 |
| **Phone Number:** | 817 255-3100 |
| **Business Address:** | 9151 GRAPEVINE HIGHWAY<br>NORTH RICHLAND HILLS, TX 76180 |
| **Statutory Address:** | 1331 WEST MEMORIAL ROAD<br>SUITE 112<br>OKLAHOMA CITY, OK 73114 |
| **Agent Service of Process Address:** | 2000 INTERSTATE PARK<br>SUITE 204<br>MONTGOMERY, AL 36109 |
| **Powers Held:** | LIFE, DISABILITY AND ANNUITIES |

Copyright © 2004 Alabama Department of Insurance. All Rights Reserved.
For questions or comments about this site, e-mail the Webmaster at
ALDOI.Webmaster@insurance.alabama.gov.