EXHIBIT "C"

**PLAINTIFF'S EXHIBIT IN SUPPORT OF MOTION TO REMAND**

```
                              CompanyAppts[1]
License Number|Name|Insurance Line|Appointed Date
A038977|ADAMS, SPENCER MONROE III|Health (Accident or Sickness)|06/22/2005
A038977|ADAMS, SPENCER MONROE III|Life|06/22/2005
A241974|ALLDRIDGE, RUSSELL TODD|Health (Accident or Sickness)|07/13/2005
A241974|ALLDRIDGE, RUSSELL TODD|Life|07/13/2005
A245346|ARPIN, JAMES DWIGHT|Health (Accident or Sickness)|09/12/2005
A245346|ARPIN, JAMES DWIGHT|Life|09/12/2005
A228475|ASHLEY, CHRISTOPHER JAMES|Health (Accident or Sickness)|10/08/2004
A228475|ASHLEY, CHRISTOPHER JAMES|Life|10/08/2004
A173444|BAKER, JANE ELIZABETH|Health (Accident or Sickness)|09/14/2001
A173444|BAKER, JANE ELIZABETH|Life|09/14/2001
A020770|BAKER, RAYMOND JOSEPH|Health (Accident or Sickness)|11/20/2001
A020770|BAKER, RAYMOND JOSEPH|Life|11/20/2001
A218407|BARFIELD, MATTHEW N|Health (Accident or Sickness)|02/18/2005
A218407|BARFIELD, MATTHEW N|Life|02/18/2005
A205742|BARNES, DAVID RANDALL|Health (Accident or Sickness)|06/22/2005
A205742|BARNES, DAVID RANDALL|Life|06/22/2005
A031202|BARNES, WALTER G|Health (Accident or Sickness)|11/10/2003
A031202|BARNES, WALTER G|Life|03/01/2002
A016700|BAZZELL, EDWARD WAYNE|Health (Accident or Sickness)|05/06/2005
A016700|BAZZELL, EDWARD WAYNE|Life|05/06/2005
A017460|BLACK, ANGELA MARY|Health (Accident or Sickness)|
A017460|BLACK, ANGELA MARY|Life|
A249456|BOUNDS, MOLLY B|Health (Accident or Sickness)|11/14/2005
A249456|BOUNDS, MOLLY B|Life|11/14/2005
A047799|BOWLING, THURSTON WAYNE JR|Health (Accident or Sickness)|04/30/2002
A047799|BOWLING, THURSTON WAYNE JR|Life|04/30/2002
A235941|BRINSON, MATTHEW JAMES|Health (Accident or Sickness)|05/05/2005
A235941|BRINSON, MATTHEW JAMES|Life|05/05/2005
A201994|BROOKS, PERCY EDWARD|Health (Accident or Sickness)|04/30/2003
A201994|BROOKS, PERCY EDWARD|Life|04/30/2003
A191786|BROWN, ROY L|Health (Accident or Sickness)|05/13/2005
A191786|BROWN, ROY L|Life|05/13/2005
A242577|BURCHARD, RACHEL ERIN|Health (Accident or Sickness)|08/31/2005
A242577|BURCHARD, RACHEL ERIN|Life|08/31/2005
A235943|BURNS, ARTHUR D|Health (Accident or Sickness)|03/28/2005
A235943|BURNS, ARTHUR D|Life|03/28/2005
A063086|CHAMBERS, PHILLIP WAYNE|Health (Accident or Sickness)|06/04/2002
A063086|CHAMBERS, PHILLIP WAYNE|Life|06/04/2002
A231607|CLARK, NANCY J|Health (Accident or Sickness)|01/05/2005
A231607|CLARK, NANCY J|Life|01/05/2005
A243937|COLE, KENNETH E JR|Health (Accident or Sickness)|09/30/2005
A243937|COLE, KENNETH E JR|Life|09/30/2005
A228411|CRANEY, MICHAEL JOSEPH|Health (Accident or Sickness)|10/22/2004
A228411|CRANEY, MICHAEL JOSEPH|Life|10/22/2004
A227837|CREGAN, PATRICK JOSEPH|Health (Accident or Sickness)|10/29/2004
A227837|CREGAN, PATRICK JOSEPH|Life|10/29/2004
A244676|CRUME, SHERRY ANN|Health (Accident or Sickness)|09/12/2005
A244676|CRUME, SHERRY ANN|Life|09/12/2005
A171789|DAILEY, MATTHEW RAY|Health (Accident or Sickness)|07/26/2001
A171789|DAILEY, MATTHEW RAY|Life|07/26/2001
A219451|DAILEY, MELISSA DAWN|Health (Accident or Sickness)|04/09/2004
A219451|DAILEY, MELISSA DAWN|Life|04/09/2004
A244686|DANIEL, TONI CHENNEL|Health (Accident or Sickness)|09/12/2005
A244686|DANIEL, TONI CHENNEL|Life|09/12/2005
A249675|DEW, DAVID EDWIN JR.|Health (Accident or Sickness)|12/01/2005
A249675|DEW, DAVID EDWIN JR.|Life|12/01/2005
A174586|DORTCH, VIRGIL L|Health (Accident or Sickness)|10/09/2001
A174586|DORTCH, VIRGIL L|Life|10/09/2001
A047183|DOUGLAS, ROSCOE J|Life|10/18/2002
A067916|DOWDLE, DON MICHAEL|Health (Accident or Sickness)|02/19/2004
A067916|DOWDLE, DON MICHAEL|Life|02/19/2004
A225697|DRAGER, AMANDA J|Health (Accident or Sickness)|08/11/2004
```
                              Page 1

```
                                    CompanyAppts[1]
A225697|DRAGER, AMANDA J|Life|08/11/2004
A023868|DUNN, VERONICA T|Health (Accident or Sickness)|
A023868|DUNN, VERONICA T|Life|
A171951|DUNNING, DIANE ELIZABETH|Health (Accident or Sickness)|07/31/2001
A171951|DUNNING, DIANE ELIZABETH|Life|07/31/2001
A006576|DUNNING, ROBERT LEROY JR|Health (Accident or Sickness)|07/31/2001
A006576|DUNNING, ROBERT LEROY JR|Life|07/31/2001
A246473|EVANS, JACOB SCOTT|Health (Accident or Sickness)|09/30/2005
A246473|EVANS, JACOB SCOTT|Life|09/30/2005
A225412|FERGUSON, GINA NOLFE|Health (Accident or Sickness)|08/11/2004
A225412|FERGUSON, GINA NOLFE|Life|08/11/2004
A224303|FISHBAUGH, ROBERT C|Health (Accident or Sickness)|07/16/2004
A224303|FISHBAUGH, ROBERT C|Life|07/16/2004
A055446|FRANKLIN, GARY DALE|Health (Accident or Sickness)|07/26/2005
A055446|FRANKLIN, GARY DALE|Life|07/26/2005
A165639|FRIEDMAN, GARY LEE|Health (Accident or Sickness)|02/05/2001
A165639|FRIEDMAN, GARY LEE|Life|02/05/2001
A232823|FULLMER, DENNIS SCOTT|Health (Accident or Sickness)|02/11/2005
A232823|FULLMER, DENNIS SCOTT|Life|02/11/2005
A019185|GLISSON, LEWIS DENNIS|Health (Accident or Sickness)|10/31/2005
A019185|GLISSON, LEWIS DENNIS|Life|10/31/2005
A176563|GRABIAK, JEFF VAUGHN|Health (Accident or Sickness)|11/09/2005
A176563|GRABIAK, JEFF VAUGHN|Life|11/09/2005
A248697|GREISINGER, TANYA T|Health (Accident or Sickness)|11/07/2005
A248697|GREISINGER, TANYA T|Life|11/14/2005
A065596|GRIFFIN, STEVEN RAY|Health (Accident or Sickness)|07/01/2003
A065596|GRIFFIN, STEVEN RAY|Life|07/01/2003
A244020|GUFFEY, DANIEL S|Health (Accident or Sickness)|08/19/2005
A244020|GUFFEY, DANIEL S|Life|08/19/2005
A237777|GUFFEY, LISA ANN|Health (Accident or Sickness)|04/21/2005
A237777|GUFFEY, LISA ANN|Life|04/21/2005
A216598|GULSBY, CYNTHIA JO|Health (Accident or Sickness)|07/22/2005
A216598|GULSBY, CYNTHIA JO|Life|07/22/2005
A153711|HARRISON, CHRIS M|Health (Accident or Sickness)|01/27/2005
A153711|HARRISON, CHRIS M|Life|01/27/2005
A250434|HAYES, WILLIAM HUSHEL JR|Health (Accident or Sickness)|12/09/2005
A250434|HAYES, WILLIAM HUSHEL JR|Life|12/09/2005
A245943|HELLER, JACK VICTOR|Health (Accident or Sickness)|09/30/2005
A245943|HELLER, JACK VICTOR|Life|09/30/2005
A226138|HENRY, RICKIE|Health (Accident or Sickness)|08/19/2004
A226138|HENRY, RICKIE|Life|08/19/2004
A024186|HERNDON, GLORIA ELAINE|Health (Accident or Sickness)|
A024186|HERNDON, GLORIA ELAINE|Life|
A237848|HILL, DANIEL C|Health (Accident or Sickness)|05/09/2005
A237848|HILL, DANIEL C|Life|05/09/2005
A058013|HILL, RONALD WALKER|Health (Accident or Sickness)|08/13/2002
A058013|HILL, RONALD WALKER|Life|08/13/2002
A244332|HINSON, CURTIS WAYNE|Health (Accident or Sickness)|08/31/2005
A244332|HINSON, CURTIS WAYNE|Life|08/31/2005
A010048|HOLLICK, FREDERICK BASIL JR|Health (Accident or Sickness)|11/12/2003
A010048|HOLLICK, FREDERICK BASIL JR|Life|11/12/2003
A017135|HOLMES, RICHARD KIMBROUGH|Health (Accident or Sickness)|03/09/2004
A017135|HOLMES, RICHARD KIMBROUGH|Life|03/09/2004
A214991|JACKSON, DELOIS DIANE|Health (Accident or Sickness)|01/13/2005
A214991|JACKSON, DELOIS DIANE|Life|01/13/2005
A246685|JACKSON, JAMES R|Health (Accident or Sickness)|09/30/2005
A246685|JACKSON, JAMES R|Life|09/30/2005
A245157|JOHNSON, RHONDA AYORS|Health (Accident or Sickness)|10/25/2005
A241190|JOINER, DAVID ARTHUR|Health (Accident or Sickness)|10/26/2005
A241190|JOINER, DAVID ARTHUR|Life|10/26/2005
A245071|JUNEAU, KARA ELIZABETH PEYTON|Health (Accident or Sickness)|09/07/2005
A245071|JUNEAU, KARA ELIZABETH PEYTON|Life|09/07/2005
A173373|KAPLAN, JONATHAN DAVID|Health (Accident or Sickness)|09/13/2001
```

```
                                   CompanyAppts[1]
A173373|KAPLAN, JONATHAN DAVID|Life|09/13/2001
A168673|KOGUT, WALTER|Health (Accident or Sickness)|06/15/2004
A244600|KONCURAT, STEPHEN ROGER|Health (Accident or Sickness)|09/30/2005
A244600|KONCURAT, STEPHEN ROGER|Life|09/30/2005
A180661|LAVERTY, MARY OPAL|Health (Accident or Sickness)|12/07/2005
A180661|LAVERTY, MARY OPAL|Life|12/07/2005
A059665|LISENBY, JAMES CARLTON|Health (Accident or Sickness)|02/09/2005
A059665|LISENBY, JAMES CARLTON|Life|02/09/2005
A195224|LYNCH, KENT C|Health (Accident or Sickness)|12/12/2002
A195224|LYNCH, KENT C|Life|12/12/2002
A233662|MAHAN, JAMES KENNETH JR.|Health (Accident or Sickness)|02/10/2005
A233662|MAHAN, JAMES KENNETH JR.|Life|02/10/2005
A234845|MARTINELLI HOOPER, MARIE ROSA|Health (Accident or Sickness)|07/11/2005
A174147|MASSENGILL, FRANK CAMERON JR.|Health (Accident or Sickness)|09/26/2001
A174147|MASSENGILL, FRANK CAMERON JR.|Life|09/26/2001
A234559|MCANULTY, ALISA D|Health (Accident or Sickness)|10/27/2005
A234559|MCANULTY, ALISA D|Life|10/27/2005
A245254|MCCARN, KATHERINE MARIE|Health (Accident or Sickness)|09/14/2005
A245254|MCCARN, KATHERINE MARIE|Life|09/14/2005
A219406|MITCHELL, KIMBERLY LANGFORD|Health (Accident or Sickness)|02/23/2005
A219406|MITCHELL, KIMBERLY LANGFORD|Life|02/23/2005
A239509|MORRIS, ARTHUR JAMES|Health (Accident or Sickness)|05/25/2005
A239509|MORRIS, ARTHUR JAMES|Life|05/25/2005
A020791|MORRIS, THOMAS LEE|Health (Accident or Sickness)|
A020791|MORRIS, THOMAS LEE|Life|
A249383|MOSS, JOSHUA STEPHENSON|Health (Accident or Sickness)|12/02/2005
A249383|MOSS, JOSHUA STEPHENSON|Life|12/02/2005
A225027|NETTLES, SAMANTHA J|Health (Accident or Sickness)|07/28/2004
A225027|NETTLES, SAMANTHA J|Life|07/28/2004
A193370|ODOM, JAMES GERALD|Health (Accident or Sickness)|11/19/2002
A193370|ODOM, JAMES GERALD|Life|11/19/2002
A245991|ORFIN, DANIEL P|Health (Accident or Sickness)|09/29/2005
A245991|ORFIN, DANIEL P|Life|09/29/2005
A231934|PAYNE, CHRISTIAN B|Health (Accident or Sickness)|01/06/2005
A231934|PAYNE, CHRISTIAN B|Life|01/06/2005
A245170|PERRET, HAROLD FRANCIS|Health (Accident or Sickness)|09/07/2005
A245170|PERRET, HAROLD FRANCIS|Life|09/07/2005
A236320|PILAND, JERRY W|Health (Accident or Sickness)|06/21/2005
A236320|PILAND, JERRY W|Life|06/21/2005
A235942|POPE, MATTHEW MARTIN|Health (Accident or Sickness)|04/06/2005
A235942|POPE, MATTHEW MARTIN|Life|04/06/2005
A244977|REED, SHAUN A|Health (Accident or Sickness)|09/23/2005
A244977|REED, SHAUN A|Life|09/23/2005
A033078|REEVES, DAVID GLENN|Health (Accident or Sickness)|05/26/2005
A033078|REEVES, DAVID GLENN|Life|05/26/2005
A043370|REYNOLDS, JAMES ROBERT|Health (Accident or Sickness)|04/16/2002
A043370|REYNOLDS, JAMES ROBERT|Life|04/16/2002
A241286|RICH, KERRY|Health (Accident or Sickness)|07/26/2005
A241286|RICH, KERRY|Life|07/26/2005
A250146|RICHARDSON, JIMMY L II|Health (Accident or Sickness)|12/02/2005
A250146|RICHARDSON, JIMMY L II|Life|12/02/2005
A208746|RIPPEN, CHRISTI ANN|Health (Accident or Sickness)|09/19/2003
A208746|RIPPEN, CHRISTI ANN|Life|09/19/2003
A227612|ROBBINS, CLINTON REED|Health (Accident or Sickness)|11/02/2005
A227612|ROBBINS, CLINTON REED|Life|11/02/2005
A245548|RODENBOH, WAYNE  RUSSELL|Health (Accident or Sickness)|09/30/2005
A245548|RODENBOH, WAYNE  RUSSELL|Life|09/30/2005
A248476|SCHOLL, JENNI W|Health (Accident or Sickness)|11/07/2005
A248476|SCHOLL, JENNI W|Life|11/07/2005
A017244|SCONYERS, MAX COVINGTON II|Health (Accident or Sickness)|11/21/2003
A017244|SCONYERS, MAX COVINGTON II|Life|11/21/2003
A034217|SELLERS, CHARLES LEAMON JR|Health (Accident or Sickness)|10/24/2005
A034217|SELLERS, CHARLES LEAMON JR|Life|10/24/2005
```

```
                              CompanyAppts[1]
A232759|SHIMAMOTO, ALAN NOBUO|Health (Accident or Sickness)|01/19/2005
A232759|SHIMAMOTO, ALAN NOBUO|Life|01/19/2005
A232296|SMITH, TUCKER AUBREY|Health (Accident or Sickness)|01/20/2005
A232296|SMITH, TUCKER AUBREY|Life|01/20/2005
A230871|SOTO, CHARLES GREGORY|Health (Accident or Sickness)|11/30/2004
A230871|SOTO, CHARLES GREGORY|Life|11/30/2004
A242358|STREET, GEORGE EARL|Health (Accident or Sickness)|09/19/2005
A238847|TEMPLETON, RONALD E SR|Health (Accident or Sickness)|06/01/2005
A238847|TEMPLETON, RONALD E SR|Life|06/01/2005
A035880|THOMPSON, ROBERT THOMAS|Health (Accident or Sickness)|09/07/2001
A035880|THOMPSON, ROBERT THOMAS|Life|09/07/2001
A026144|THURBER, GARRETT P|Health (Accident or Sickness)|
A026144|THURBER, GARRETT P|Life|
A007469|TRUXAL, WILLIAM J|Health (Accident or Sickness)|
A007469|TRUXAL, WILLIAM J|Life|
A219566|TURNER, DENISE MARIE|Health (Accident or Sickness)|04/20/2004
A222600|VANCE, KENNETH COLEMAN JR|Health (Accident or Sickness)|06/29/2004
A222600|VANCE, KENNETH COLEMAN JR|Life|06/29/2004
A234876|VANWYE, GREGORY LEE|Health (Accident or Sickness)|03/03/2005
A234876|VANWYE, GREGORY LEE|Life|03/03/2005
A198950|WALIAGHA, AHMED|Health (Accident or Sickness)|03/22/2004
A198950|WALIAGHA, AHMED|Life|03/22/2004
A055599|WALKER, STEPHEN WAYNE|Health (Accident or Sickness)|07/09/2003
A055599|WALKER, STEPHEN WAYNE|Life|07/09/2003
A232207|WEIR, GERALD C|Health (Accident or Sickness)|01/06/2005
A232207|WEIR, GERALD C|Life|01/06/2005
A174717|WHITE, CANDACE LYNNE|Health (Accident or Sickness)|10/11/2001
A174717|WHITE, CANDACE LYNNE|Life|10/11/2001
A068271|WHITENER, ROBERT L III|Health (Accident or Sickness)|02/12/2003
A068271|WHITENER, ROBERT L III|Life|02/12/2003
A239538|WIDNER, SHANNON J|Health (Accident or Sickness)|05/23/2005
A239538|WIDNER, SHANNON J|Life|05/23/2005
A248674|WILKINS, BETSY CECILLE|Health (Accident or Sickness)|11/09/2005
A248674|WILKINS, BETSY CECILLE|Life|11/09/2005
A225072|WILSON-CREGAN, COLLEEN MARIE|Health (Accident or Sickness)|08/12/2004
A225072|WILSON-CREGAN, COLLEEN MARIE|Life|08/12/2004
A054377|WOODALL, GLENDA BARTON|Health (Accident or Sickness)|10/11/2001
A054377|WOODALL, GLENDA BARTON|Life|10/11/2001
A013410|WOODRUFF, DAVID OLIVER|Health (Accident or Sickness)|06/14/2005
```

# Alabama Department of Insurance

aldoi.gov

**The mission of the Alabama Department of Insurance is to serve the people of Alabama through fair regulation of industry, consumer protection and market stabilization.**

| Consumers | Licensing | Companies | Online Services | Legal | Fire Marshal |

**QUICK LINKS**

> Home
> Previous Page
> Contact Us
> About ALDOI
> 2005 State Holidays
> Search Our Site
> Online Services
> Disaster Preparedness
> Change of Name and Address Policy
> Producer Exam Sites
> Receivership Notices and Proof of Claim Forms
> New Filing Procedures
> Holocaust Survivors Web Site
> National Association of Insurance Commissioners Web Site
> Alabama Life & Disability Insurance Guaranty Association

**SEARCH FOR...**

> Preneed Certificate Holders & Sales Agents
> Licensees
> Temporary Producers
> Continuing Education
> Companies
> Agent Service of Process
> Enforcement Actions

## Appointments For MEGA LIFE AND HEALTH INSURANCE CO THE

[ Download to Text File ]

**License Number:** A038977
**Name:** ADAMS, SPENCER MONROE III
**Appointed Date:** 06/22/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A038977
**Name:** ADAMS, SPENCER MONROE III
**Appointed Date:** 06/22/2005
**Insurance Line:** Life

---

**License Number:** A241974
**Name:** ALLDRIDGE, RUSSELL TODD
**Appointed Date:** 07/13/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A241974
**Name:** ALLDRIDGE, RUSSELL TODD
**Appointed Date:** 07/13/2005
**Insurance Line:** Life

---

**License Number:** A245346
**Name:** ARPIN, JAMES DWIGHT
**Appointed Date:** 09/12/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A245346
**Name:** ARPIN, JAMES DWIGHT
**Appointed Date:** 09/12/2005

**Insurance Line:** Life

---

**License Number:** A228475
**Name:** ASHLEY, CHRISTOPHER JAMES
**Appointed Date:** 10/08/2004
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A228475
**Name:** ASHLEY, CHRISTOPHER JAMES
**Appointed Date:** 10/08/2004
**Insurance Line:** Life

---

**License Number:** A173444
**Name:** BAKER, JANE ELIZABETH
**Appointed Date:** 09/14/2001
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A173444
**Name:** BAKER, JANE ELIZABETH
**Appointed Date:** 09/14/2001
**Insurance Line:** Life

---

**License Number:** A020770
**Name:** BAKER, RAYMOND JOSEPH
**Appointed Date:** 11/20/2001
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A020770
**Name:** BAKER, RAYMOND JOSEPH
**Appointed Date:** 11/20/2001
**Insurance Line:** Life

---

**License Number:** A218407
**Name:** BARFIELD, MATTHEW N
**Appointed Date:** 02/18/2005
**Insurance Line:** Health (Accident or Sickness)

---

| License Number: | A218407 |
| Name: | BARFIELD, MATTHEW N |
| Appointed Date: | 02/18/2005 |
| Insurance Line: | Life |

---

| License Number: | A205742 |
| Name: | BARNES, DAVID RANDALL |
| Appointed Date: | 06/22/2005 |
| Insurance Line: | Health (Accident or Sickness) |

---

| License Number: | A205742 |
| Name: | BARNES, DAVID RANDALL |
| Appointed Date: | 06/22/2005 |
| Insurance Line: | Life |

---

| License Number: | A031202 |
| Name: | BARNES, WALTER G |
| Appointed Date: | 11/10/2003 |
| Insurance Line: | Health (Accident or Sickness) |

---

| License Number: | A031202 |
| Name: | BARNES, WALTER G |
| Appointed Date: | 03/01/2002 |
| Insurance Line: | Life |

---

| License Number: | A016700 |
| Name: | BAZZELL, EDWARD WAYNE |
| Appointed Date: | 05/06/2005 |
| Insurance Line: | Health (Accident or Sickness) |

---

| License Number: | A016700 |
| Name: | BAZZELL, EDWARD WAYNE |
| Appointed Date: | 05/06/2005 |
| Insurance Line: | Life |

---

| License Number: | A017460 |
| Name: | BLACK, ANGELA MARY |
| Appointed Date: | |
| Insurance Line: | Health (Accident or Sickness) |

---

| | |
|---|---|
| **License Number:** | A017460 |
| **Name:** | BLACK, ANGELA MARY |
| **Appointed Date:** | |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A249456 |
| **Name:** | BOUNDS, MOLLY B |
| **Appointed Date:** | 11/14/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A249456 |
| **Name:** | BOUNDS, MOLLY B |
| **Appointed Date:** | 11/14/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A047799 |
| **Name:** | BOWLING, THURSTON WAYNE JR |
| **Appointed Date:** | 04/30/2002 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A047799 |
| **Name:** | BOWLING, THURSTON WAYNE JR |
| **Appointed Date:** | 04/30/2002 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A235941 |
| **Name:** | BRINSON, MATTHEW JAMES |
| **Appointed Date:** | 05/05/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A235941 |
| **Name:** | BRINSON, MATTHEW JAMES |
| **Appointed Date:** | 05/05/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A201994 |
| **Name:** | BROOKS, PERCY EDWARD |
| **Appointed Date:** | |
| **Insurance Line:** | 04/30/2003 Health (Accident or Sickness) |

License Number: A201994
Name: BROOKS, PERCY EDWARD
Appointed Date:
Insurance Line: 04/30/2003
Life

License Number: A191786
Name: BROWN, ROY L
Appointed Date: 05/13/2005
Insurance Line: Health (Accident or Sickness)

License Number: A191786
Name: BROWN, ROY L
Appointed Date: 05/13/2005
Insurance Line: Life

License Number: A242577
Name: BURCHARD, RACHEL ERIN
Appointed Date: 08/31/2005
Insurance Line: Health (Accident or Sickness)

License Number: A242577
Name: BURCHARD, RACHEL ERIN
Appointed Date: 08/31/2005
Insurance Line: Life

License Number: A235943
Name: BURNS, ARTHUR D
Appointed Date: 03/28/2005
Insurance Line: Health (Accident or Sickness)

License Number: A235943
Name: BURNS, ARTHUR D
Appointed Date: 03/28/2005
Insurance Line: Life

License Number: A063086
Name: CHAMBERS, PHILLIP
Appointed Date: WAYNE
Insurance Line: 06/04/2002

Health (Accident or Sickness)

---

| | |
|---|---|
| **License Number:** | A063086 |
| **Name:** | CHAMBERS, PHILLIP WAYNE |
| **Appointed Date:** | 06/04/2002 |
| **Insurance Line:** | Life |

---

| | |
|---|---|
| **License Number:** | A231607 |
| **Name:** | CLARK, NANCY J |
| **Appointed Date:** | 01/05/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

---

| | |
|---|---|
| **License Number:** | A231607 |
| **Name:** | CLARK, NANCY J |
| **Appointed Date:** | 01/05/2005 |
| **Insurance Line:** | Life |

---

| | |
|---|---|
| **License Number:** | A243937 |
| **Name:** | COLE, KENNETH E JR |
| **Appointed Date:** | 09/30/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

---

| | |
|---|---|
| **License Number:** | A243937 |
| **Name:** | COLE, KENNETH E JR |
| **Appointed Date:** | 09/30/2005 |
| **Insurance Line:** | Life |

---

| | |
|---|---|
| **License Number:** | A228411 |
| **Name:** | CRANEY, MICHAEL JOSEPH |
| **Appointed Date:** | 10/22/2004 |
| **Insurance Line:** | Health (Accident or Sickness) |

---

| | |
|---|---|
| **License Number:** | A228411 |
| **Name:** | CRANEY, MICHAEL JOSEPH |
| **Appointed Date:** | 10/22/2004 |
| **Insurance Line:** | Life |

---

| | |
|---|---|
| **License Number:** | A227837 |

**Name:** CREGAN, PATRICK
**Appointed Date:** JOSEPH
**Insurance Line:** 10/29/2004
Health (Accident or Sickness)

---

**License Number:** A227837
**Name:** CREGAN, PATRICK
**Appointed Date:** JOSEPH
**Insurance Line:** 10/29/2004
Life

---

**License Number:** A244676
**Name:** CRUME, SHERRY ANN
**Appointed Date:** 09/12/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A244676
**Name:** CRUME, SHERRY ANN
**Appointed Date:** 09/12/2005
**Insurance Line:** Life

---

**License Number:** A171789
**Name:** DAILEY, MATTHEW RAY
**Appointed Date:** 07/26/2001
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A171789
**Name:** DAILEY, MATTHEW RAY
**Appointed Date:** 07/26/2001
**Insurance Line:** Life

---

**License Number:** A219451
**Name:** DAILEY, MELISSA DAWN
**Appointed Date:** 04/09/2004
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A219451
**Name:** DAILEY, MELISSA DAWN
**Appointed Date:** 04/09/2004
**Insurance Line:** Life

---

**License Number:** A244686
**Name:** DANIEL, TONI CHENNEL
**Appointed Date:** 09/12/2005
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A244686
**Name:** DANIEL, TONI CHENNEL
**Appointed Date:** 09/12/2005
**Insurance Line:** Life

**License Number:** A249675
**Name:** DEW, DAVID EDWIN JR.
**Appointed Date:** 12/01/2005
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A249675
**Name:** DEW, DAVID EDWIN JR.
**Appointed Date:** 12/01/2005
**Insurance Line:** Life

**License Number:** A174586
**Name:** DORTCH, VIRGIL L
**Appointed Date:** 10/09/2001
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A174586
**Name:** DORTCH, VIRGIL L
**Appointed Date:** 10/09/2001
**Insurance Line:** Life

**License Number:** A047183
**Name:** DOUGLAS, ROSCOE J
**Appointed Date:** 10/18/2002
**Insurance Line:** Life

**License Number:** A067916
**Name:** DOWDLE, DON MICHAEL
**Appointed Date:** 02/19/2004
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A067916

**Name:** DOWDLE, DON MICHAEL
**Appointed Date:** 02/19/2004
**Insurance Line:** Life

---

**License Number:** A225697
**Name:** DRAGER, AMANDA J
**Appointed Date:** 08/11/2004
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A225697
**Name:** DRAGER, AMANDA J
**Appointed Date:** 08/11/2004
**Insurance Line:** Life

---

**License Number:** A023868
**Name:** DUNN, VERONICA T
**Appointed Date:**
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A023868
**Name:** DUNN, VERONICA T
**Appointed Date:**
**Insurance Line:** Life

---

**License Number:** A171951
**Name:** DUNNING, DIANE
**Appointed Date:** ELIZABETH
**Insurance Line:** 07/31/2001
Health (Accident or Sickness)

---

**License Number:** A171951
**Name:** DUNNING, DIANE
**Appointed Date:** ELIZABETH
**Insurance Line:** 07/31/2001
Life

---

**License Number:** A006576
**Name:** DUNNING, ROBERT LEROY
**Appointed Date:** JR
**Insurance Line:** 07/31/2001
Health (Accident or Sickness)

---

| | |
|---|---|
| **License Number:** | A006576 |
| **Name:** | DUNNING, ROBERT LEROY JR |
| **Appointed Date:** | 07/31/2001 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A246473 |
| **Name:** | EVANS, JACOB SCOTT |
| **Appointed Date:** | 09/30/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A246473 |
| **Name:** | EVANS, JACOB SCOTT |
| **Appointed Date:** | 09/30/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A225412 |
| **Name:** | FERGUSON, GINA NOLFE |
| **Appointed Date:** | 08/11/2004 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A225412 |
| **Name:** | FERGUSON, GINA NOLFE |
| **Appointed Date:** | 08/11/2004 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A224303 |
| **Name:** | FISHBAUGH, ROBERT C |
| **Appointed Date:** | 07/16/2004 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A224303 |
| **Name:** | FISHBAUGH, ROBERT C |
| **Appointed Date:** | 07/16/2004 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A055446 |
| **Name:** | FRANKLIN, GARY DALE |
| **Appointed Date:** | 07/26/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

**License Number:** A055446
**Name:** FRANKLIN, GARY DALE
**Appointed Date:** 07/26/2005
**Insurance Line:** Life

---

**License Number:** A165639
**Name:** FRIEDMAN, GARY LEE
**Appointed Date:** 02/05/2001
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A165639
**Name:** FRIEDMAN, GARY LEE
**Appointed Date:** 02/05/2001
**Insurance Line:** Life

---

**License Number:** A232823
**Name:** FULLMER, DENNIS SCOTT
**Appointed Date:** 02/11/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A232823
**Name:** FULLMER, DENNIS SCOTT
**Appointed Date:** 02/11/2005
**Insurance Line:** Life

---

**License Number:** A019185
**Name:** GLISSON, LEWIS DENNIS
**Appointed Date:** 10/31/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A019185
**Name:** GLISSON, LEWIS DENNIS
**Appointed Date:** 10/31/2005
**Insurance Line:** Life

---

**License Number:** A176563
**Name:** GRABIAK, JEFF VAUGHN
**Appointed Date:** 11/09/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A176563

|  |  |
|---|---|
| **Name:** | GRABIAK, JEFF VAUGHN |
| **Appointed Date:** | 11/09/2005 |
| **Insurance Line:** | Life |

|  |  |
|---|---|
| **License Number:** | A248697 |
| **Name:** | GREISINGER, TANYA T |
| **Appointed Date:** | 11/07/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

|  |  |
|---|---|
| **License Number:** | A248697 |
| **Name:** | GREISINGER, TANYA T |
| **Appointed Date:** | 11/14/2005 |
| **Insurance Line:** | Life |

|  |  |
|---|---|
| **License Number:** | A065596 |
| **Name:** | GRIFFIN, STEVEN RAY |
| **Appointed Date:** | 07/01/2003 |
| **Insurance Line:** | Health (Accident or Sickness) |

|  |  |
|---|---|
| **License Number:** | A065596 |
| **Name:** | GRIFFIN, STEVEN RAY |
| **Appointed Date:** | 07/01/2003 |
| **Insurance Line:** | Life |

|  |  |
|---|---|
| **License Number:** | A244020 |
| **Name:** | GUFFEY, DANIEL S |
| **Appointed Date:** | 08/19/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

|  |  |
|---|---|
| **License Number:** | A244020 |
| **Name:** | GUFFEY, DANIEL S |
| **Appointed Date:** | 08/19/2005 |
| **Insurance Line:** | Life |

|  |  |
|---|---|
| **License Number:** | A237777 |
| **Name:** | GUFFEY, LISA ANN |
| **Appointed Date:** | 04/21/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

|  |  |
|---|---|
| **License Number:** | A237777 |
| **Name:** | GUFFEY, LISA ANN |

**Appointed Date:** 04/21/2005
**Insurance Line:** Life

---

**License Number:** A216598
**Name:** GULSBY, CYNTHIA JO
**Appointed Date:** 07/22/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A216598
**Name:** GULSBY, CYNTHIA JO
**Appointed Date:** 07/22/2005
**Insurance Line:** Life

---

**License Number:** A153711
**Name:** HARRISON, CHRIS M
**Appointed Date:** 01/27/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A153711
**Name:** HARRISON, CHRIS M
**Appointed Date:** 01/27/2005
**Insurance Line:** Life

---

**License Number:** A250434
**Name:** HAYES, WILLIAM HUSHEL JR
**Appointed Date:** 12/09/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A250434
**Name:** HAYES, WILLIAM HUSHEL JR
**Appointed Date:** 12/09/2005
**Insurance Line:** Life

---

**License Number:** A245943
**Name:** HELLER, JACK VICTOR
**Appointed Date:** 09/30/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A245943

**Name:** HELLER, JACK VICTOR
**Appointed Date:** 09/30/2005
**Insurance Line:** Life

---

**License Number:** A226138
**Name:** HENRY, RICKIE
**Appointed Date:** 08/19/2004
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A226138
**Name:** HENRY, RICKIE
**Appointed Date:** 08/19/2004
**Insurance Line:** Life

---

**License Number:** A024186
**Name:** HERNDON, GLORIA ELAINE
**Appointed Date:**
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A024186
**Name:** HERNDON, GLORIA ELAINE
**Appointed Date:**
**Insurance Line:** Life

---

**License Number:** A237848
**Name:** HILL, DANIEL C
**Appointed Date:** 05/09/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A237848
**Name:** HILL, DANIEL C
**Appointed Date:** 05/09/2005
**Insurance Line:** Life

---

**License Number:** A058013
**Name:** HILL, RONALD WALKER
**Appointed Date:** 08/13/2002
**Insurance Line:** Health (Accident or Sickness)

http://www.aldoi.org/CompanySearch/CompanyAppts.aspx          12/12/2005

**License Number:** A058013
**Name:** HILL, RONALD WALKER
**Appointed Date:** 08/13/2002
**Insurance Line:** Life

---

**License Number:** A244332
**Name:** HINSON, CURTIS WAYNE
**Appointed Date:** 08/31/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A244332
**Name:** HINSON, CURTIS WAYNE
**Appointed Date:** 08/31/2005
**Insurance Line:** Life

---

**License Number:** A010048
**Name:** HOLLICK, FREDERICK
**Appointed Date:** BASIL JR
**Insurance Line:** 11/12/2003
Health (Accident or Sickness)

---

**License Number:** A010048
**Name:** HOLLICK, FREDERICK
**Appointed Date:** BASIL JR
**Insurance Line:** 11/12/2003
Life

---

**License Number:** A017135
**Name:** HOLMES, RICHARD
**Appointed Date:** KIMBROUGH
**Insurance Line:** 03/09/2004
Health (Accident or Sickness)

---

**License Number:** A017135
**Name:** HOLMES, RICHARD
**Appointed Date:** KIMBROUGH
**Insurance Line:** 03/09/2004
Life

---

**License Number:** A214991
**Name:** JACKSON, DELOIS DIANE
**Appointed Date:** 01/13/2005
**Insurance Line:** Health (Accident or Sickness)

| | |
|---|---|
| **License Number:** | A214991 |
| **Name:** | JACKSON, DELOIS DIANE |
| **Appointed Date:** | 01/13/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A246685 |
| **Name:** | JACKSON, JAMES R |
| **Appointed Date:** | 09/30/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A246685 |
| **Name:** | JACKSON, JAMES R |
| **Appointed Date:** | 09/30/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A245157 |
| **Name:** | JOHNSON, RHONDA |
| **Appointed Date:** | AYORS |
| **Insurance Line:** | 10/25/2005 |
| | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A241190 |
| **Name:** | JOINER, DAVID ARTHUR |
| **Appointed Date:** | 10/26/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A241190 |
| **Name:** | JOINER, DAVID ARTHUR |
| **Appointed Date:** | 10/26/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A245071 |
| **Name:** | JUNEAU, KARA ELIZABETH |
| **Appointed Date:** | PEYTON |
| **Insurance Line:** | 09/07/2005 |
| | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | |
| **Name:** | A245071 |
| **Appointed Date:** | JUNEAU, KARA ELIZABETH |
| **Insurance Line:** | PEYTON |
| | 09/07/2005 |

Life

| | |
|---|---|
| **License Number:** | A173373 |
| **Name:** | KAPLAN, JONATHAN DAVID |
| **Appointed Date:** | |
| **Insurance Line:** | 09/13/2001 |
| | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A173373 |
| **Name:** | KAPLAN, JONATHAN DAVID |
| **Appointed Date:** | |
| **Insurance Line:** | 09/13/2001 |
| | Life |

| | |
|---|---|
| **License Number:** | A168673 |
| **Name:** | KOGUT, WALTER |
| **Appointed Date:** | 06/15/2004 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A244600 |
| **Name:** | KONCURAT, STEPHEN |
| **Appointed Date:** | ROGER |
| **Insurance Line:** | 09/30/2005 |
| | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A244600 |
| **Name:** | KONCURAT, STEPHEN |
| **Appointed Date:** | ROGER |
| **Insurance Line:** | 09/30/2005 |
| | Life |

| | |
|---|---|
| **License Number:** | A180661 |
| **Name:** | LAVERTY, MARY OPAL |
| **Appointed Date:** | 12/07/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A180661 |
| **Name:** | LAVERTY, MARY OPAL |
| **Appointed Date:** | 12/07/2005 |
| **Insurance Line:** | Life |

**License Number:** A059665
**Name:** LISENBY, JAMES CARLTON
**Appointed Date:**
**Insurance Line:** 02/09/2005
Health (Accident or Sickness)

---

**License Number:** A059665
**Name:** LISENBY, JAMES CARLTON
**Appointed Date:**
**Insurance Line:** 02/09/2005
Life

---

**License Number:** A195224
**Name:** LYNCH, KENT C
**Appointed Date:** 12/12/2002
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A195224
**Name:** LYNCH, KENT C
**Appointed Date:** 12/12/2002
**Insurance Line:** Life

---

**License Number:** A233662
**Name:** MAHAN, JAMES KENNETH
**Appointed Date:** JR.
**Insurance Line:** 02/10/2005
Health (Accident or Sickness)

---

**License Number:** A233662
**Name:** MAHAN, JAMES KENNETH
**Appointed Date:** JR.
**Insurance Line:** 02/10/2005
Life

---

**License Number:** A234845
**Name:** MARTINELLI HOOPER,
**Appointed Date:** MARIE ROSA
**Insurance Line:** 07/11/2005
Health (Accident or Sickness)

---

**License Number:** A174147
**Name:** MASSENGILL, FRANK
**Appointed Date:** CAMERON JR.

**Insurance Line:** 09/26/2001
Health (Accident or Sickness)

---

**License Number:** A174147
**Name:** MASSENGILL, FRANK
**Appointed Date:** CAMERON JR.
**Insurance Line:** 09/26/2001
Life

---

**License Number:** A234559
**Name:** MCANULTY, ALISA D
**Appointed Date:** 10/27/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A234559
**Name:** MCANULTY, ALISA D
**Appointed Date:** 10/27/2005
**Insurance Line:** Life

---

**License Number:** A245254
**Name:** MCCARN, KATHERINE
**Appointed Date:** MARIE
**Insurance Line:** 09/14/2005
Health (Accident or Sickness)

---

**License Number:** A245254
**Name:** MCCARN, KATHERINE
**Appointed Date:** MARIE
**Insurance Line:** 09/14/2005
Life

---

**License Number:** A219406
**Name:** MITCHELL, KIMBERLY
**Appointed Date:** LANGFORD
**Insurance Line:** 02/23/2005
Health (Accident or Sickness)

---

**License Number:** A219406
**Name:** MITCHELL, KIMBERLY
**Appointed Date:** LANGFORD
**Insurance Line:** 02/23/2005
Life

| | |
|---|---|
| **License Number:** | A239509 |
| **Name:** | MORRIS, ARTHUR JAMES |
| **Appointed Date:** | 05/25/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A239509 |
| **Name:** | MORRIS, ARTHUR JAMES |
| **Appointed Date:** | 05/25/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A020791 |
| **Name:** | MORRIS, THOMAS LEE |
| **Appointed Date:** | |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A020791 |
| **Name:** | MORRIS, THOMAS LEE |
| **Appointed Date:** | |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A249383 |
| **Name:** | MOSS, JOSHUA STEPHENSON |
| **Appointed Date:** | 12/02/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A249383 |
| **Name:** | MOSS, JOSHUA STEPHENSON |
| **Appointed Date:** | 12/02/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A225027 |
| **Name:** | NETTLES, SAMANTHA J |
| **Appointed Date:** | 07/28/2004 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A225027 |
| **Name:** | NETTLES, SAMANTHA J |
| **Appointed Date:** | 07/28/2004 |
| **Insurance Line:** | Life |

**License Number:** A193370
**Name:** ODOM, JAMES GERALD
**Appointed Date:** 11/19/2002
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A193370
**Name:** ODOM, JAMES GERALD
**Appointed Date:** 11/19/2002
**Insurance Line:** Life

**License Number:** A245991
**Name:** ORFIN, DANIEL P
**Appointed Date:** 09/29/2005
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A245991
**Name:** ORFIN, DANIEL P
**Appointed Date:** 09/29/2005
**Insurance Line:** Life

**License Number:** A231934
**Name:** PAYNE, CHRISTIAN B
**Appointed Date:** 01/06/2005
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A231934
**Name:** PAYNE, CHRISTIAN B
**Appointed Date:** 01/06/2005
**Insurance Line:** Life

**License Number:** A245170
**Name:** PERRET, HAROLD
**Appointed Date:** FRANCIS
**Insurance Line:** 09/07/2005
Health (Accident or Sickness)

**License Number:** A245170
**Name:** PERRET, HAROLD
**Appointed Date:** FRANCIS
**Insurance Line:** 09/07/2005
Life

License Number: A236320
Name: PILAND, JERRY W
Appointed Date: 06/21/2005
Insurance Line: Health (Accident or Sickness)

License Number: A236320
Name: PILAND, JERRY W
Appointed Date: 06/21/2005
Insurance Line: Life

License Number: A235942
Name: POPE, MATTHEW MARTIN
Appointed Date: 04/06/2005
Insurance Line: Health (Accident or Sickness)

License Number: A235942
Name: POPE, MATTHEW MARTIN
Appointed Date: 04/06/2005
Insurance Line: Life

License Number: A244977
Name: REED, SHAUN A
Appointed Date: 09/23/2005
Insurance Line: Health (Accident or Sickness)

License Number: A244977
Name: REED, SHAUN A
Appointed Date: 09/23/2005
Insurance Line: Life

License Number: A033078
Name: REEVES, DAVID GLENN
Appointed Date: 05/26/2005
Insurance Line: Health (Accident or Sickness)

License Number: A033078
Name: REEVES, DAVID GLENN
Appointed Date: 05/26/2005
Insurance Line: Life

| | |
|---|---|
| License Number: | A043370 |
| Name: | REYNOLDS, JAMES ROBERT |
| Appointed Date: | 04/16/2002 |
| Insurance Line: | Health (Accident or Sickness) |

| | |
|---|---|
| License Number: | A043370 |
| Name: | REYNOLDS, JAMES ROBERT |
| Appointed Date: | 04/16/2002 |
| Insurance Line: | Life |

| | |
|---|---|
| License Number: | A241286 |
| Name: | RICH, KERRY |
| Appointed Date: | 07/26/2005 |
| Insurance Line: | Health (Accident or Sickness) |

| | |
|---|---|
| License Number: | A241286 |
| Name: | RICH, KERRY |
| Appointed Date: | 07/26/2005 |
| Insurance Line: | Life |

| | |
|---|---|
| License Number: | A250146 |
| Name: | RICHARDSON, JIMMY L II |
| Appointed Date: | 12/02/2005 |
| Insurance Line: | Health (Accident or Sickness) |

| | |
|---|---|
| License Number: | A250146 |
| Name: | RICHARDSON, JIMMY L II |
| Appointed Date: | 12/02/2005 |
| Insurance Line: | Life |

| | |
|---|---|
| License Number: | A208746 |
| Name: | RIPPEN, CHRISTI ANN |
| Appointed Date: | 09/19/2003 |
| Insurance Line: | Health (Accident or Sickness) |

| | |
|---|---|
| License Number: | A208746 |
| Name: | RIPPEN, CHRISTI ANN |
| Appointed Date: | 09/19/2003 |
| Insurance Line: | Life |

**License Number:** A227612
**Name:** ROBBINS, CLINTON REED
**Appointed Date:** 11/02/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A227612
**Name:** ROBBINS, CLINTON REED
**Appointed Date:** 11/02/2005
**Insurance Line:** Life

---

**License Number:** A245548
**Name:** RODENBOH, WAYNE
**Appointed Date:** RUSSELL
**Insurance Line:** 09/30/2005
Health (Accident or Sickness)

---

**License Number:** A245548
**Name:** RODENBOH, WAYNE
**Appointed Date:** RUSSELL
**Insurance Line:** 09/30/2005
Life

---

**License Number:** A248476
**Name:** SCHOLL, JENNI W
**Appointed Date:** 11/07/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A248476
**Name:** SCHOLL, JENNI W
**Appointed Date:** 11/07/2005
**Insurance Line:** Life

---

**License Number:** A017244
**Name:** SCONYERS, MAX
**Appointed Date:** COVINGTON II
**Insurance Line:** 11/21/2003
Health (Accident or Sickness)

---

**License Number:** A017244
**Name:** SCONYERS, MAX
**Appointed Date:** COVINGTON II
**Insurance Line:** 11/21/2003
Life

License Number:  A034217
Name:  SELLERS, CHARLES
Appointed Date:  LEAMON JR
Insurance Line:  10/24/2005
Health (Accident or Sickness)

License Number:  A034217
Name:  SELLERS, CHARLES
Appointed Date:  LEAMON JR
Insurance Line:  10/24/2005
Life

License Number:  A232759
Name:  SHIMAMOTO, ALAN
Appointed Date:  NOBUO
Insurance Line:  01/19/2005
Health (Accident or Sickness)

License Number:  A232759
Name:  SHIMAMOTO, ALAN
Appointed Date:  NOBUO
Insurance Line:  01/19/2005
Life

License Number:  A232296
Name:  SMITH, TUCKER AUBREY
Appointed Date:  01/20/2005
Insurance Line:  Health (Accident or Sickness)

License Number:  A232296
Name:  SMITH, TUCKER AUBREY
Appointed Date:  01/20/2005
Insurance Line:  Life

License Number:  A230871
Name:  SOTO, CHARLES
Appointed Date:  GREGORY
Insurance Line:  11/30/2004
Health (Accident or Sickness)

License Number:
A230871

| | |
|---|---|
| **Name:** | SOTO, CHARLES GREGORY |
| **Appointed Date:** | 11/30/2004 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A242358 |
| **Name:** | STREET, GEORGE EARL |
| **Appointed Date:** | 09/19/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A238847 |
| **Name:** | TEMPLETON, RONALD E SR |
| **Appointed Date:** | 06/01/2005 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A238847 |
| **Name:** | TEMPLETON, RONALD E SR |
| **Appointed Date:** | 06/01/2005 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A035880 |
| **Name:** | THOMPSON, ROBERT THOMAS |
| **Appointed Date:** | 09/07/2001 |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A035880 |
| **Name:** | THOMPSON, ROBERT THOMAS |
| **Appointed Date:** | 09/07/2001 |
| **Insurance Line:** | Life |

| | |
|---|---|
| **License Number:** | A026144 |
| **Name:** | THURBER, GARRETT P |
| **Appointed Date:** | |
| **Insurance Line:** | Health (Accident or Sickness) |

| | |
|---|---|
| **License Number:** | A026144 |
| **Name:** | THURBER, GARRETT P |
| **Appointed Date:** | |
| **Insurance Line:** | Life |

**License Number:** A007469
**Name:** TRUXAL, WILLIAM J
**Appointed Date:**
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A007469
**Name:** TRUXAL, WILLIAM J
**Appointed Date:**
**Insurance Line:** Life

---

**License Number:** A219566
**Name:** TURNER, DENISE MARIE
**Appointed Date:** 04/20/2004
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A222600
**Name:** VANCE, KENNETH
**Appointed Date:** COLEMAN JR
**Insurance Line:** 06/29/2004
Health (Accident or Sickness)

---

**License Number:** A222600
**Name:** VANCE, KENNETH
**Appointed Date:** COLEMAN JR
**Insurance Line:** 06/29/2004
Life

---

**License Number:** A234876
**Name:** VANWYE, GREGORY LEE
**Appointed Date:** 03/03/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A234876
**Name:** VANWYE, GREGORY LEE
**Appointed Date:** 03/03/2005
**Insurance Line:** Life

---

**License Number:** A198950
**Name:** WALIAGHA, AHMED
**Appointed Date:** 03/22/2004
**Insurance Line:** Health (Accident or Sickness)

**License Number:** A198950
**Name:** WALIAGHA, AHMED
**Appointed Date:** 03/22/2004
**Insurance Line:** Life

---

**License Number:** A055599
**Name:** WALKER, STEPHEN
WAYNE
**Appointed Date:** 07/09/2003
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A055599
**Name:** WALKER, STEPHEN
WAYNE
**Appointed Date:** 07/09/2003
**Insurance Line:** Life

---

**License Number:** A232207
**Name:** WEIR, GERALD C
**Appointed Date:** 01/06/2005
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A232207
**Name:** WEIR, GERALD C
**Appointed Date:** 01/06/2005
**Insurance Line:** Life

---

**License Number:** A174717
**Name:** WHITE, CANDACE LYNNE
**Appointed Date:** 10/11/2001
**Insurance Line:** Health (Accident or Sickness)

---

**License Number:** A174717
**Name:** WHITE, CANDACE LYNNE
**Appointed Date:** 10/11/2001
**Insurance Line:** Life

---

**License Number:**
**Name:** A068271
**Appointed Date:** WHITENER, ROBERT L III
02/12/2003

Insurance Line:  Health (Accident or Sickness)

License Number:  A068271
Name:  WHITENER, ROBERT L III
Appointed Date:  02/12/2003
Insurance Line:  Life

License Number:  A239538
Name:  WIDNER, SHANNON J
Appointed Date:  05/23/2005
Insurance Line:  Health (Accident or Sickness)

License Number:  A239538
Name:  WIDNER, SHANNON J
Appointed Date:  05/23/2005
Insurance Line:  Life

License Number:  A248674
Name:  WILKINS, BETSY CECILLE
Appointed Date:  11/09/2005
Insurance Line:  Health (Accident or Sickness)

License Number:  A248674
Name:  WILKINS, BETSY CECILLE
Appointed Date:  11/09/2005
Insurance Line:  Life

License Number:  A225072
Name:  WILSON-CREGAN, COLLEEN MARIE
Appointed Date:  08/12/2004
Insurance Line:  Health (Accident or Sickness)

License Number:  A225072
Name:  WILSON-CREGAN, COLLEEN MARIE
Appointed Date:  08/12/2004
Insurance Line:  Life

License Number:  A054377
Name:  WOODALL, GLENDA

**Appointed Date:** BARTON
**Insurance Line:** 10/11/2001
Health (Accident or Sickness)

---

**License Number:** A054377
**Name:** WOODALL, GLENDA
**Appointed Date:** BARTON
**Insurance Line:** 10/11/2001
Life

---

**License Number:** A013410
**Name:** WOODRUFF, DAVID
**Appointed Date:** OLIVER
**Insurance Line:** 06/14/2005
Health (Accident or Sickness)

---

Copyright © 2004 Alabama Department of Insurance. All Rights Reserved.
For questions or comments about this site, e-mail the Webmaster at
ALDOI.Webmaster@insurance.alabama.gov.