IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MEADOWS, *et al.*,  ) | |
| ) | |
| Plaintiffs, ) | |
| v.   ) | CASE NO. 1:05-cv-1091-F |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #8) filed on December 13, 2005, it is hereby ORDERED that:

1. The defendant file a response which shall include a brief and any evidentiary materials on or before December 30, 2005.

2. The plaintiffs may file a reply brief on or before January 6, 2006.

DONE this 14th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE