## ENDORSEMENT

Attached to and made a part of Policy/Certificate No. 053301047

In consideration of issuance, the Policy/Certificate is hereby amended and modified as follows:

THERE IS NO COVERAGE OR BENEFITS PROVIDED FOR LOSSES DUE TO
ANY DISEASE AND/OR DISORDER OF THE HEART AND/OR CIRCULATORY SYSTEM ON
WILLIAM V MEADOWS.

THERE IS NO COVERAGE OR BENEFITS PROVIDED FOR LOSSES DUE TO
ANY DISORDER AND/OR DISEASES OF THE URINARY SYSTEM ON JEANIE L MEADOWS.

anything in said Policy/Certificate to the contrary notwithstanding. This Endorsement is effective on the Effective Date of the Policy/Certificate and shall expire concurrently with said Policy/Certificate unless otherwise terminated.

In Witness Whereof, MEGA LIFE AND HEALTH INSURANCE COMPANY has issued this Amendment to the Policy/Certificate.

_____
APPLICANT SIGNATURE (if required)

*Peggy S. Simpson*
SECRETARY

DATE _____

*Phillip J. Myhr*
PRESIDENT

ME000105



**EXHIBIT D**

HEND96

XXXXX05002