IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MEADOWS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1091-F |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #11) filed on December 21, 2005, it is hereby ORDERED that:

1. The plaintiffs file a response which shall include a brief and any evidentiary materials on or before January 10, 2006.

2. The defendant may file a reply brief on or before January 17, 2006.

DONE this 23rd day of December, 2005.

                                          /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE