IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MEADOWS, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-1091-MEF |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the Court on Defendants' Motion for Limited Remand Discovery (Doc. # 20). Upon consideration, it is hereby ORDERED that the Motion is GRANTED to the extent that the parties may conduct remand-related discovery until March 3, 2006. Defendants may file a supplemental brief and any evidentiary materials concerning remand on or before March 17, 2006. Plaintiffs may file a response on or before March 31, 2006.

DONE this 17th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE