IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MEADOWS AND JEANIE MEADOWS, | \* \* \* |
| Plaintiffs, | \* \* |
| vs. | \* \* |
| THE MEGA LIFE AND HEALTH INSURANCE COMPANY, AND ITS AGENT, MICHAEL JOSHUA MILFORD, ET AL., | \* \* \* \* \* |
| Defendants. | \* |

CASE NO. 1:05-cv-1091-MEF

## **JOINT NOTICE OF SETTLEMENT**

COME NOW the parties and inform the Court that they have reached a settlement of this matter in its entirety. The parties request that the Court allow them 30 days to finalize the settlement process and file a joint stipulation for dismissal of the case with prejudice.

Done this 3rd day of April, 2006.

                                                  *s/Gary D. Bradshaw*
                                                  GARY D. BRADSHAW
                                                  Attorney for Plaintiffs

OF COUNSEL:

P.O. Box 311412
Enterprise, AL  36331-1412
(334) 393-6439
(334) 393-7163 (fax)

        *s/Pamela A. Moore*
        JAMES W. LAMPKIN II
        PAMELA A. MOORE
        Attorneys for Defendants
        The MEGA Life and Health Insurance Company
        and Michael Joshua Milford

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)