IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MEADOWS, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05-cv-1091-MEF |
| ) | |
| THE MEGA LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before April 19, 2006.

DONE this the 4th day of April, 2006.

           /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE