IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM MEADOWS AND JEANIE MEADOWS, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CASE NO. 1:05-cv-1091-MEF |
| THE MEGA LIFE AND HEALTH INSURANCE COMPANY, AND ITS AGENT, MICHAEL JOSHUA MILFORD, ET AL., | * * * * * | |
| Defendants. | * | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and jointly dismiss any and all claims asserted against either or both of the defendants by the plaintiffs. This dismissal is to all claims and is with prejudice. Each party is to bear his/her/its own costs.

Done this 18th day of April, 2006.

This stipulation has been e-filed with the express permission of:

                                            *s/ Gary D. Bradshaw*_____
                                            GARY D. BRADSHAW
                                            Attorney for Plaintiffs

OF COUNSEL:

P.O. Box 311412
Enterprise, AL  36331-1412
(334) 393-6439
(334) 393-7163 (fax)

                                              *s/ Pamela A. Moore*
JAMES W. LAMPKIN II
PAMELA A. MOORE
Attorneys for Defendants
The MEGA Life and Health Insurance Company
and Michael Joshua Milford

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)